## People of State of Illinois ex rel. Carl Relli, Appellee, v. Joseph F. Bowdish et al., Appellants.

### Gen. No. 47,424.

First District, Third Division.

June 27, 1958.

Released for publication October 23, 1958.

Hoover, Scheele & McGrath, for appellant; William F. Donahue, for appellee. Opinion by JUSTICE BRYANT. Not to be published in full.